Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**February 15, 2013**

Kevin Hahn, Nevada Bar No.9821
Nathan Smith, Nevada Bar No.12642
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (800) 741-8806
Facsimile: (702) 382-0925
Nathan@mclaw.org

**E-FILED** February 12, 2012

Attorneys for JPMorgan Chase Bank, National Association

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Phillip M Price<br><br>         Debtor(s), | Chapter 7<br><br>Case No. 12-52715-btb<br><br>Hearing Date: February 12, 2013<br>Hearing Time: 10:00 AM<br><br>Location: Clifton Young Federal Bldg.<br>Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of JPMorgan Chase Bank, National Association and its successors and/or assigns came on regularly for hearing before this court on February 12, 2013, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay be, and hereby is granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property commonly known as 5319 REGAL AVE, LAS VEGAS, NV 89146.

SUBMITTED BY:

/s/Nathan F. Smith
_____
Nathan F. Smith
Nevada Bar No. 12642
608 South 8th Street
Las Vegas, Nevada 89101
(800) 741-8806 Phone
Attorneys for Chase

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies that that order accurately reflects the court`s ruling and that:

___ The Court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.