# United States Bankruptcy Court
## District of Nevada

Case No. <u>12−52715−btb</u>
**Chapter 7**

In re: (Name of Debtor)
    PHILLIP M. PRICE
    PO BOX 13525
    RENO, NV 89507

Social Security No.:
    xxx−xx−8308

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☑    PHILLIP M. PRICE

IT IS ORDERED THAT ALLEN M DUTRA is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/7/13                                    BY THE COURT

                                                                           *Mary A. Schott*

                                                                          Mary A. Schott
                                                                          Clerk of the Bankruptcy Court